1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JESUS GERARDO ESPINO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )  NO. CR.S-10-479-EJG
11                                 )
                    Plaintiff,     )
12                                 )       **STIPULATION AND ORDER;**
        v.                         )    **CONTINUING STATUS CONFERENCE**
13                                 )        **AND EXCLUDING TIME**
    JESUS GERARDO ESPINO,          )
14                                 )  Date:  March 30, 2012
                    Defendant.     )  Time:  10:00 a.m.
15   _____)  Judge: Hon. Edward J. Garcia

16
         IT IS HEREBY STIPULATED by and between the parties hereto through
17
    their respective counsel, MICHELE BECKWITH, Assistant United States
18
    Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JESUS
19
    GERARDO ESPINO, that the status conference hearing date of March 23,
20
    2012 be vacated, and the matter be set for status conference on March
21
    30, 2012 at 10:00 a.m.
22
         The reason for this continuance is to allow the defense
23
    additional time to review the defendant's prior criminal history.
24
         Based upon the foregoing, the parties agree that the time under
25
    the Speedy Trial Act should be excluded from the date of signing of
26
    this order through and including March 30, 2012 pursuant to 18 U.S.C.
27
    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
28

1  T4 based upon continuity of counsel and defense preparation.

2

3  DATED:  March 22, 2012.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
4                                             Federal Public Defender

5

6                                             /s/ Caro Marks
                                              CARO MARKS
7                                             Designated Counsel for Service
                                              Attorney for Jesus Gerardo Espino

8

9  DATED:  March 22, 2012.                    BENJAMIN WAGNER
                                              United States Attorney
10

11
                                              /s/ Caro Marks for
12                                            MICHELE BECKWITH
                                              Assistant U.S. Attorney
13                                            Attorney for Plaintiff

14

15

16                               ORDER

17      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

18  ordered that the March 23, 2012,  status conference hearing be

19  continued to March 30, 2012, at 10:00 a.m.  Based on the representation

20  of defense counsel and good cause appearing there from, the Court

21  hereby finds that the failure to grant a continuance in this case would

22  deny defense counsel reasonable time necessary for effective

23  preparation, taking into account the exercise of due diligence.  The

24  Court finds that the ends of justice to be served by granting a

25  continuance outweigh the best interests of the public and the defendant

26  in a speedy trial.  It is ordered that time up to and including the

27  March 30, 2012 status conference shall be excluded from computation of

28  time within which the trial of this matter must be commenced under the

2

1  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

2  Local Code T-4, to allow defense counsel reasonable time to prepare.

3  Dated: March 22, 2012          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
4                                 United States District Judge